

# Fourth Court of Appeals
## San Antonio, Texas

January 5, 2017

No. 04-16-00574-CV

**FAYETTE COUNTY**,
Appellant

v.

**RYDER INTEGRATED LOGISTICS, INC.** and Ryder Integrated Logistics of Texas, LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-03779
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellees' motion for leave to file amended brief is hereby GRANTED.

It is so **ORDERED** on January 5, 2017.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court